UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EMILY HILLIARD, on behalf of herself and all :
others similarly situated,                  :
                                            :
                           Plaintiff,       :
                                            :
            -against-                       :      17 Civ. 986 (MKB)(RML)
                                            :
ICHICA BACHICA, INC. d/b/a 1 OR 8 and       :
SHINJI MIZUTANI,                            :
                           Defendants.      :
------------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Emily Hilliard, through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment to Plaintiff dated July 16, 2018, attached hereto as Exhibit A.

Dated: New York, New York
       July 19, 2018

Respectfully submitted,

By: _____
    Louis Pechman
    Laura Rodríguez
    PECHMAN LAW GROUP PLLC
    488 Madison Avenue - 17th Floor
    New York, New York 10022
    (212) 583-9500
    pechman@pechmanlaw.com
    rodriguez@pechmanlaw.com
    *Attorneys for Plaintiff*

TO (via ECF): Phillip H. Kim, Esq.
              Ge Qu, Esq.
              HANG & ASSOCIATES, PLLC
              136-20 38th Avenue, Suite 10G
              Flushing, NY 11354
              (718) 353-8522
              pkim@hanglaw.com
              rqu@hanglaw.com
              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2018, I served the foregoing Acceptance of Offer of Judgment via the CM/ECF system and by email on:

Phillip H. Kim, Esq.
Ge Qu, Esq.
HANG & ASSOCIATES, PLLC
136-20 38th Avenue, Suite 10G
Flushing, NY 11354
(718) 353-8522
pkim@hanglaw.com
rqu@hanglaw.com
*Attorneys for Defendants*



By: _____
Louis Pechman