# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EMILY HILLIARD,
individually and on behalf of others similarly
situated,

                    Plaintiff,

     -against-

ICHICA BACHICA, INC. d/b/a 1 OR 8 and
SHINJI MIZUTANI,
                    Defendants.
-------------------------------------------------------------X

Civil Action No. 17-cv-00986

**OFFER OF JUDGMENT
PURSUANT TO RULE 68**

TO:
    Louis Pechman
    Pechman Law Group PLLC
    488 Madison Avenue, 17th Floor
    New York, NY 10022
    *Attorney for Plaintiff*

    PLEASE TAKE NOTICE THAT, Defendants Ichica Bachica, Inc. d/b/a 1OR 8 and Shiji Mizutani ("Defendants") hereby offer to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of Plaintiff Emily Hilliard ("Plaintiff") and against Defendants, jointly and severally, in the sum of **$65,000.00** (sixty five thousand dollars and zero cents). This shall be the total amount to be paid by Defendants on account of any and all liability claimed in this action by Plaintiff, including attorney's fees, costs, and pre-judgment interests accrued to date.

    If Plaintiff does not accept this offer, they may become obligated to pay Defendants' costs incurred after the making of this offer in the event that they do not recover a judgment that is more favorable than this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of this date this offer is made; otherwise, it will be deemed withdrawn.

This offer is not to be construed in any way as an admission of liability by the Defendants, but rather is made solely for the purpose of compromising a dispute claim.

Dated: July 16, 2018
       Flushing, New York

                                        HANG & ASSOCIATES, PLLC

                      By: _____
                                       Ge Qu, Esq.
                                       136-20 38th Avenue, suite 10G
                                       Flushing, New York 11354
                                       Tel.: 718-353-8522

## CERTIFICATE OF SERVICE

I, Cui Zhen Xi, under penalty of perjury, affirm as follows:

1. I am not a party to the action and am over 18 years of age;
2. I reside in Queens County, New York.
3. On July 16, 2018, I served true copies of the foregoing **OFFER OF JUDGMENT PURSUANT TO RULE 68**, via USPS Mail Service by enclosing a true and complete copy in a post-paid wrapper and placing it in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following persons:

Louis Pechman
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, NY 10022
*Attorney for Plaintiff Emily Hilliard*

Dated: July 16, 2018

_____
Cui Zhen Xi

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF QUEENS    )

On the 16 day of July, 2018, before me, the undersigned notary, Cui Zhen Xi personally appeared and proved to me, on the basis of satisfactory evidence, that he is executing this Agreement.

_____
Signature and Office of individual
taking acknowledgment

JIAN HANG
NOTARY PUBLIC-STATE OF NEW YORK
No. 02HA6280171
Qualified in Queens County
My Commission Expires April 22, 20_21_

3