UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NEW YORK
----------------------------------------------------------------X
EMILY HILLIARD,
individually and on behalf of others similarly
situated,

                                                     JUDGMENT

                       Plaintiff,                     17-cv-986 (MKB)
      v.

ICHICA BACHICA, INC. d/b/a 1 OR 8 and
SHIN JI MIZUTANI,

                       Defendants.
  ----------------------------------------------------------------X

       Defendants having offered Plaintiff Emily Hilliard to take a judgment against

Defendants Ichica Bachica, Inc. d/b/a 1 OR 8 and Shiji Mizutani, jointly and severally, in this

action for the total sum of Sixty Five Thousand ($65,000.00) Dollars, including attorney's fees,

costs, and pre-judgment interests accrued to date; it is

       ORDERED and ADJUDGED that pursuant to Rule 68 of the Federal Rules of Civil

Procedure, judgment is hereby entered in favor of Plaintiff and against Defendants Ichica

Bachica, Inc. d/b/a 1 OR 8 and Shiji Mizutani jointly and severally in the total amount of

$65,000.00 including attorney's fees, costs, and pre-judgment interests accrued to date.


Dated: Brooklyn, New York                    Douglas C. Palmer
       July 25, 2018                       Clerk of Court

                                   By:    */s/Jalitza Poveda*_____
                                          Deputy Clerk